IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                              *

MISCELLANEOUS DOCUMENTS             *       Case No.  1:12-mc-484

                                    *
                                  ******

## ORDER

On December 4, 2012, Larry-Dale: Ewing submitted a document to the Clerk's Office in order to file a miscellaneous case. Upon further review by the Court, the document does not satisfy the requirements for filing a miscellaneous case in this Court. Specifically, miscellaneous cases are reserved for administrative matters that require and the seek resolution through the judicial system. The submitted document requires no judicial resolution and therefore is not appropriate for filing with the Court as a miscellaneous case. Accordingly, it is hereby

ORDERED that the Clerk RETURN as unfiled Larry-Dale: Ewing 's document submitted on December 4, 2012, as well as the unprocessed payment in the amount of $46.00; and it is further

ORDERED that the Clerk shall mail a copy of this Order, along with the unfiled document and payment, to Larry-Dale: Ewing at 27225 South West 165 Ave., Homestead, FL 33032.

December 12, 2012
Date

_____
Richard D. Bennett
United States District Judge