```
         FILED
    U.S. DISTRICT COURT
   DISTRICT OF MARYLAND

   2013 FEB 26  AM 9:38

      CLERK'S ...
      AT BALTIMORE

   BY_____
```

## United States District Court – District of Maryland

# Application for ORDER

I, Maksym Vladimir, known to others as MAKSYM MOYSEYEV, hereby apply to the Court for an order of judicial assistance, pursuant to 28 U.S.C. 1782, to apply for the Judge to order the Secretary of the Treasury, Chairman of the Federal Reserve Board, Ben BERNANKE, and Wells Fargo Bank, to honor, with written correspondence, attached Notice and Demand for lawful money pursuant to Title 12 U.S.C. § 411 and §16 of the Federal Reserve Act.

**Summary of Demand:** Demand is made for redeemed lawful money in all transactions pursuant to Title 12 USC §411 and §16 of the Federal Reserve Act of 1913.

**Jurisdiction:** Title 28 U.S.C. 1782 says:

> *The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international*