# Cover Letter:

To: The Honorable Eric H. Holder Jr.
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, DC 20530-0001

**REGISTERED MAIL #: RB 181 841 156 US**

cc: John Kerry, Secretary of State
Office of the U.S. Secretary of State
U.S. Department of State
2201 C Street, N.W.
Washington, DC 20520

**REGISTERED MAIL #: RB 181 841 160 US**

cc: Brian E. Frosh, Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, Maryland 21202

**REGISTERED MAIL #: RB 181 841 173 US**

cc: The Honorable Mary Ellen Barbera
Judicial Center
50 Maryland Avenue
Rockville, Maryland 20580

**REGISTERED MAIL #: RB 181 841 187 US**

cc: John G Roberts, Jr.
Chief Justice of the United States Supreme Court
1 First Street N.E.
Washington, DC 20543

**REGISTERED MAIL #: RB 181 841 195 US**

[Stamp: FILED LODGED MAR 03 2015 AT GREENBELT CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND BY_____ DEPUTY]
[Handwritten: returned 3/4/15]

**Re: Notice of Understanding and Intent and Claim Of Right and Automatic Estoppel Effective March 3, 2015**

Dear Mr. United States Attorney General:

I, *Khaliq Shariyf Amun family of Bey*; the claimant herein present to any and all agents and all representatives of any and all local state federal government agencies with a *Notice of Understanding and Intent and Claim of Right*.

I am sending this message as a courtesy in order to avoid any confusion or potential conflict.

I am expanding the reach of my discourse in order to maintain my honor and insure *maximum clarity* between myself and all agents and agencies of government. Within the body of this letter please expect this *Notice of Understanding and Intent and Claim of Right in order to insure maximum clarity amongst all parties*.

As a *peaceful man* desiring to avoid conflict and live lawfully with *maximum freedom*.

I have recently been studying the history of the United States along with its legal system and I have come to some very interesting conclusions. After reading various acts and exploring the way language is used in those acts, I have realized that in order to insure maximum clarity with all agencies as a *peaceful man desiring to avoid conflict and live lawfully with maximum freedom*.

I have recently been studying the history of the United States, along with its legal system and I have come to some very interesting conclusions. After reading various acts and exploring the way language is used in those acts I have realized that *lawful and legal are not always the same*.

It also appears that <u>all acts and statutes in the United States are only contracts based in commerce</u>. <u>Therefore I am now contacting the various government agencies and officials named above with the hopes that someone can either confirm or correct my understanding.</u>
If you do choose to respond with corrections <u>I must insist that you do so by responding in fourteen (14) days of receipt of this Letter and Notice of Understanding and Intent and Claim of Right in writing by way of Registered Mail and provide proof of your claim under oath and full liability under penalty of perjury.</u>

*A lack of response or response that does not contain proof of my mistaken understanding on a point by point basis will be assumed to imply that you agree with my understanding. Failure to dispute the claims*