**THESE UNITED STATES OF AMERICA OFFICE OF THE CONSUMER**



**DATE: AUGUST 4, 2017**

Dear Clerk of Courts

Pursuant to Maryland Code §11-801, I am attaching hereto an original certified Foreign Judgment from The United States of America for you to register in your Court. I am also attaching an Affidavit setting forth the parties' respective addresses. The amount of the Judgment as set forth in the attached certified copy is $1,475,000, plus interest from date of judgment (June 2, 2017) until paid, and costs of $5,000. Also attached from my Offices is a check in the amount of $47.00 payable to the Clerk of the Court to cover the cost of this registration. Please indicate the file number assigned to this judgment on your receipt, and return it to me in the attached self-addressed stamped envelope.

Thank you,

*[signature]*

Consul for Nicholas Hampton