Melville: Family of Tang-How (Grantor)
6810 Green Crescent Court
Greenbelt Republic of Maryland
Without the United States

returned 11/8/17

___ FILED ___ ENTERED
___ ___ RECEIVED

NOV 2 2017

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

SUIT IN COMMON LAW, a seventh and 11th amendment right!
Presented before the common law court of (Upper Marlboro)
Within the state/territory (Maryland), County of (Prince George's)

### UNITED STATES SOUTHERN DIVISION CIRCUIT COURT OF APPEALS
### IN AND FOR THE STATE OF MARYLAND

(Melville: family of Tang-How)

Blank Rome LLP
Bank of America, N.A,

Cause number_(CFPB)_170929-2526961_____

Vs.

Suit in Law, Matter In Controversy, Deprivation of Entitlements,
Deprivation of Rights Secured by the Constitution, trust-pass,
Denial of Due Process, Interfering With the Right to Contract,
Failure to Disclose, DENIAL OF EQUAL PROTECTION OF LAW,

(ASSUMED NAME MELVILLE TANG-HOW) **Alleged Account #149708321**
Violation of the Laws of Humanity, and Uniform Commercial Code article 3, article 8, and article 9.

### DECLARATION, AFFIDAVIT, ACKNOWLEDGMENT, COMMON LAW CAUSE OF ACTION
### INTRODUCTION OF STATUS

My given name is (Melville) of the family of (Tang-How). I declare as well as affirm that I am not a collective entity, or an artificial construct, a Corporation, a legal person, a legal fiction, but A LIVING SOUL, SENTIENT REAL- (man or woman goes here), with inalienable and on un-inalienable entitlements.

I further declare and affirm that I do not consent to a judicial tribunal of any sort, that I do not consent to an administrative hearing of any sort, that I do not consent to having my matter in controversy heard before officers of the Corporation on any level. I have the right and am entitled to redress, due process in law, and equal protection in law, and I do hereby knowingly, deliberately, intentionally, and willingly exercise these rights and entitlements.

I further affirm as well as declare that I object to any violations of my rights and entitlements whether known to me at present, or stated within this presentment, or divulged within the course of these matters, and the objection is sustained henceforth, forthwith, heretofore.

I further declare as well as a firm that I Object to This Matter Being Presented before a Corporation, Corporation Officers, Corporation Officials, Collective Entities, Artificial Entities, Artificial Constructs, Legal Fictions, Legal Persons, Legal Individuals, or Anything Related to or Having to Deal with a Citizen of the United States Company Corporation.

As a real-(man) I have no owner but the one who created my fore-parents on or about the year 4026 B.C.E. that I possess freedom of mind, freedom of intellect, freedom of choice, freedom of thought, freedom of movement, freedom of travel, freedom to redress, freedom within common law.

I hereby declared this matter to be a controversy in excess of $20, to be a matter within the scope and rules of common law. And as a member of the Public and one of the people of the United States of North America, an inheritor of the land a non-citizen national, I bring forth my complaint and charge the defendants with the following:

Charge Number One

On or about (June 2017) the defendants did the following acts knowingly, willingly, deliberately, intentionally, and participated in an ongoing conspiracy to subject the presenter to the Deprivation of Entitlements,

**VIOLATION OF**
1. **THE REAL ESTATE SETTLEMENT PROCEDURES ACT, 12 USC 2605(e)**
2. **TENDER OF PAYMENT SENT SEPTEMBER 24,2017 (70171450000008295054) UCC 3-603(b)**
3. **Qualified written request under the Federal Servicer Act**
4. **Truth and Lending Act Section 1641(f)(2)**

5. A copy of any mortgage Pooling and Servicing Agreement and all Disclosure Statements provided to any investors with respect to any mortgage-backed security trust.
6. Never provided a copy of the Pooling and Servicing Agreement filed with the SEC,
7. Never provided a copy of SEC Form 8k and the Prospectus Supplement, SEC Form 424b5
8. Never disclosed if this was a MERS Designated Mortgage Loan
9. Never disclosed if this was a Mortgage Warehouse Loan

### Charge Number Two
On or about (October 20,2017) the defendants did the following acts knowingly, willingly, deliberately, intentionally, and participated in an ongoing conspiracy to subject the presenter to the Deprivation of Rights Secured by the Constitution,

### Charge Number Three
On or about (October 15, 2017) the defendants did the following acts knowingly, willingly, deliberately, intentionally, and participated in an ongoing conspiracy to subject the presenter their unlawful Trust-Pass,

### Charge Number Four
On or about (October 2017) the defendants did the following acts knowingly, willingly, deliberately, intentionally, and participated in an ongoing conspiracy to subject the presenter to the Denial of Due Process,

### Charge Number Five
On or about (September 2017) the defendants did the following acts knowingly, willingly, deliberately, intentionally, and participated in an ongoing conspiracy to subject the presenter their unlawful interference With the presenters Right to Contract,

### Charge Number Six
On or about (1999) the defendants did the following acts knowingly, willingly, deliberately, intentionally, and participated in an ongoing conspiracy to subject the presenter to the harm in their Failure to Disclose,

### Charge Number Seven
On or about (September 2017) the defendants did the following acts knowingly, willingly, deliberately, intentionally, and participated in an ongoing conspiracy to subject the presenter to the DENIAL OF EQUAL PROTECTION OF LAW,

### Charge Number Eight
On or about (September 2017) the defendants did the following acts knowingly, willingly, deliberately, intentionally, and participated in an ongoing conspiracy to subject the presenter to the Violation of the Laws of Humanity, and Uniform Commercial Code article 3, article 8, and article 9.

I further attest and affirm that the rules of any Corporation and or policies and/or procedures were not meant for me the real-(man or woman is to go here), and that the rules and or procedures for the court are for the officers of the Corporation and not for me the real-(man or woman is to go here).

I have a right, and am entitled to a jury trial, under common law, with common law rules as prescribed by the seventh amendment of the United States Constitution, which supports and attests to my rights and entitlements.

It is my goal to seek a remedy of the maximum penalty allowed with-in the scope of the law that is to include but not be limited to punitive as well as compensatory damages. I demand that the payment be in the form or currency outlined by a joint session of Congress at its highest valued rate at the time that these incidents occurred, and or the completion of this matter whichever occurs first and has the highest value.

By presenting this complaint before this common law venue I retained all of my rights, entitlements, and status. I surrender them onto no man and/or woman and/or organization, and/or collective entity and/or legal fiction and/or other jurisdiction. This matter is to remain a matter at, in, and under common law throughout its duration (to include appeal, and or transference to any other jurisdiction).

It has come to the presenters attention that this body practices a law and language known as legalese, such a language is foreign to me and I have no concept of its wording. If this body chooses or insist on using legalese I object forcefully to such an implementation. I have a right to have this matter heard in the English the official language for the United States of North America as enacted by Congress, or to have an impartial real man, and/or real woman to be a translator throughout all proceedings.

The aforementioned is true and correct, and presented with the certificate of indebtedness attached hereto, on this date (October 30, 2017), and is certified by the affixing of my autograph at the top of this presentment.

_TANG How, Melville_ (UCC 3-402)
AUTOGRAPHY BY

NAYYIRAH K NASEEM
Notary Public
Prince George's County
Maryland
My Commission Expires Feb 10, 2020