# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| MISCELLANEOUS DOCUMENTS | * | Case No. 1:12-mc-484 |
| | * | |

\*\*\*\*\*\*

## ORDER

On September 4, 2019, Thomas Edward submitted a document to the Clerk's Office in order to file a miscellaneous case. Upon further review by the Court, the document does not satisfy the requirements for filing a miscellaneous case in this Court. Specifically, miscellaneous cases are reserved for administrative matters that require and seek resolution through the judicial system. The submitted document requires no judicial resolution and therefore is not appropriate for filing with the Court as a miscellaneous case. Accordingly, it is hereby

ORDERED that the Clerk RETURN as unfiled Thomas Edward's document submitted on September 4, 2019, as well as the unprocessed payment in the amount of $47.00; and it is further

ORDERED that the Clerk shall mail a copy of this Order, along with the unfiled document and payment, to Thomas Edward at 1607 Mandeville Lane, Joppa, MD 21085.

9/5/19
Date

Ellen L. Hollander
United States District Judge