| United States District Court for the District of Maryland 101 W Lombard St, Baltimore, MD 21201 |  |
|---|---|
| *On and for the behalf of the* UNITED STATES | |
| Thomas Edward v Steven Terner MNUCHIN | |
| **Certificate of Exigent Circumstances Rule C(3)(a)(ii)(B)** | |

Dear Clerk;

Please file this refusal for cause in the case jacket of a miscellaneous case file, in anticipation of garnishment by Rule C(1)(a), on principal and agents. Funds have been diverted and court review is impracticable. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion. All transactions are lawful money by demand and the Pay to, lawful money USPS money order is enclosed for $47.

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail, as indicated, back to the presenter within a few days of presentment.

DEMAND IS MADE for LAWFUL MONEY
PER 12 USC 411    *Thomas Edward*

Thomas Edward
1607 Mandeville Lane
Joppa, Maryland. [21085]

Christine DAVIS                    Registered Mail # 9590 9402 1961 6123 3535 49
IRS Campus or State Department of Revenue
P.O. Box 24015 Stop 81304
Fresno, California. [93779-4015]

Steven Terner MNUCHIN          Registered Mail # 9590 9402 1961 6123 3535 63
1500 Pennsylvania Avenue NW
Washington DC 20220