IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                            *

MISCELLANEOUS DOCUMENTS            *          Case No.  1:12-mc-484

                                                  *
                                              ******

## ORDER

On November 14, 2025, Essence Ja'von Batts submitted a document to the Clerk's Office in order to file a case in this Court. Upon further review, the document is not an appropriate filing in this Court as it is not a civil complaint, does not relate to any pending action, and does not satisfy the requirements for filing a miscellaneous case in this Court, which is reserved for administrative matters that require and seek resolution through the judicial system. Accordingly, it is hereby

ORDERED that the Clerk RETURN as unfiled Essence Ja'von Batts' document submitted on November 14, 2025, as well as the unprocessed payment for filing fees, if any, in the amount of $0.00; and it is further

ORDERED that the Clerk shall mail a copy of this Order, along with the unfiled document and payment, if any, to Essence Ja'von Batts at 105 Beach Road, Glen Burnie, Maryland 21060.

Nov 17, 2025
Date

Stephanie A. Gallagher
United States District Judge